

Joshua M. D. Segal
(617) 439-4990 x3081
JSegal@Lawson-Weitzen.com

June 5, 2025

**Via ECF**

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Pfeifer v. Miller*, 1:25-cv-4624

Dear Judge Abrams,

    The Parties in the above-referenced matter have agreed on a path to resolve this dispute and expect to be able to dismiss the matter on or before June 30, 2025, assuming a written agreement is memorialized and consideration is transferred.

    To that end, and to promote judicial efficiency, the Parties jointly request that all deadlines in this matter be stayed and that the Initial Conference scheduled for June 13, 2025 be continued to a date in July 2025 with the expectation that the matter will be dismissed before then.

    I have conferred with counsel for the Plaintiff and have his assent to file this letter.

Very truly yours,

/s/ Joshua M. D. Segal

Joshua M. D. Segal
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Ste. 345
Boston, MA 02210
*Counsel for Defendant Sally Miller*

CC:   James F. Murphy, Esq.
       LEWISH JOHS AVALLONE AVILES, LLP
       1377 Motor Parkway, Ste. 400
       Islandia, NY 11749
       jfmurphy@lewishjohs.com
       *Counsel for Plaintiff Mary Pfeifer*

---

Application granted. The conference is hereby adjourned *sine die*. If the action has not been dismissed by July 1, 2025, the parties shall submit a joint letter updating the Court as to the status of this case no later than July 2, 2025.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 6, 2025